IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

S&T RIVER FALLS, LLC., d/b/a/ Library Bar and STEPHANIE M. ROUGHTON, a/k/a Stephanie M. Powelson, individually and as member and registered agent of S&T River Falls, LLC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-363-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Joe Hand Promotions, Inc., and against defendants S&T River Falls, LLC., d/b/a Library Bar and Stephanie M. Roughton a/k/a Stephanie M. Powelson, individually and as member and registered agent of S&T River Falls, LLC in the amount of $2,400 in statutory penalties under 47 USCA § 605(e)(3)(c)(i)(II), $1,250 in attorney fees and $450 in costs plus interest on the judgment at the legal rate until the judgment is satisfied.

Approved as to form this 26 day of October, 2011.

Peter Oppeneer, Clerk of Court      Date 10/26/2011